**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BAS, LLC**                                                                                          **PLAINTIFF**

**v.**                                                  **CASE NO: 3:25-cv-00224-BSM**

**TOMMY LAND,** in his capacity as
Arkansas Commissioner of State Lands                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE